People v Esquilin (2023 NY Slip Op 00163)

People v Esquilin

2023 NY Slip Op 00163

Decided on January 12, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 12, 2023

Before: Kern, J.P., Oing, Scarpulla, Pitt-Burke, Higgitt, JJ. 

Ind. No. 3324/16 3324/16 Appeal No. 17096 Case No. 2019-1668 

[*1]The People of the State of New York, Respondent,
v
Anthony Esquilin, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (IvÁn B. Pantoja of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Joshua P. Weiss of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Albert Lorenzo, J.), rendered January 30, 2018, convicting defendant, upon his plea of guilty, of criminal possession of a firearm, and sentencing him, as a second felony offender, to a term of 1½ to 3 years, unanimously affirmed.
Although the record does not establish a valid appeal waiver, we reject defendant's suppression claims on the merits. The court providently exercised its discretion in issuing a protective order permitting redaction of the supporting affidavit of a search warrant application. The requisite good cause could be readily inferred from the People's submissions, which the court implicitly accepted, and defendant has not shown that he was deprived of facts necessary to meaningfully contest the warrant (see generally People v Castillo , 80 NY2d 578, 582-585 [1992], cert denied 507 US 1033 [1993]).
Furthermore, upon our in camera review of the search warrant materials, including the search warrant application, the police officer's supporting affidavit, and the testimony of the officer and the confidential informant before the warrant-issuing court, we find that there was probable cause to issue the warrant. THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 12, 2023